**Dismiss; Opinion Filed September 2, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00254-CV

## MAURICE E. STEWARD, Appellant
## V.
## DHA FOREST GREEN MANOR, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-00584-E**

## MEMORANDUM OPINION

Before Justices Myers, Nowell, and Evans
Opinion by Justice Myers

Appellant's brief in this case is overdue. After appellant failed to respond to our request regarding the reporter's record, we ordered the appeal submitted without the reporter's record and appellant's brief to be filed by June 11, 2020. By postcard dated June 15, 2020, we notified appellant the time for filing appellant's brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date,

appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Lana Myers/
_____
LANA MYERS
JUSTICE

200254F.P05



# Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

MAURICE E. STEWARD, Appellant

No. 05-20-00254-CV        V.

DHA FOREST GREEN MANOR, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-20-00584-E.
Opinion delivered by Justice Myers. Justices Nowell and Evans participating.


In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.


Judgment entered this 2nd day of September, 2020.